**Q**uery    **R**eports    **U**tilities    **H**elp    **W**hat's New    **L**og Out

UNSEALED

# U.S. District Court
## Northern District of Florida (Gainesville)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-00006-AW-GRJ-7

Case title: USA v. FERGUSON et al          Date Filed: 02/24/2004
Magistrate judge case number: 1:04-mj-00007-AK

Assigned to: JUDGE ALLEN C WINSOR
Referred to: MAGISTRATE JUDGE
GARY R JONES

**Defendant (7)**

| | |
|---|---|
| **KENNETH BERNARD MILES** <br> *also known as* <br> KENNY LAMAR BROWN <br> *TERMINATED: 04/17/2006* <br> *also known as* <br> KENT LAMAR BROWN <br> *TERMINATED: 04/17/2006* <br> *also known as* <br> KENNETH LAMAR MILES <br> *TERMINATED: 04/17/2006* | represented by **GEORGE WASHINGTON BLOW , III** <br> GEORGE W BLOW III & ASSOCIATES <br> 205 PARSHLEY ST SW <br> LIVE OAK, FL 32064 <br> 386/362-6930 <br> Fax: 386/362-6194 <br> Email: georgeblow@windstream.net <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: CJA Appointment* <br><br> **THOMAS L EDWARDS** <br> SCHACKOW MERCADANTE PA - <br> GAINESVILLE FL <br> 4545 NW 8TH AVE <br> GAINESVILLE, FL 32605 <br> 352-377-7800 <br> Fax: 352-377-1442 <br> Email: tome@lawfl.net <br> *LEAD ATTORNEY* <br> *Designation: Retained* <br><br> **THOMAS EDWARD MILLER** <br> FEDERAL PUBLIC DEFENDER <br> OFFICE - GAINESVILLE FL <br> 101 SE 2ND PL - STE 112 <br> GAINESVILLE, FL 32601 <br> 352/373-5823 <br> Fax: 373-7644 <br> *LEAD ATTORNEY* <br> *Designation: Public Defender or* |

*Community Defender Appointment*

| **Pending Counts** | | **Disposition** |
|---|---|---|
| None | | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | | **Disposition** |
|---|---|---|
| None | | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | | **Disposition** |
|---|---|---|
| None | | |

---

**Plaintiff**

| **USA** | represented by | **COREY J SMITH** |
|---|---|---|
| | | US ATTORNEY - TALLAHASSEE FL |
| | | NORTHERN DISTRICT OF FLORIDA |
| | | 111 N ADAMS ST |
| | | 4TH FL |
| | | TALLAHASSEE, FL 32301 |
| | | 850-942-8430 |
| | | Fax: 850-942-8448 |
| | | Email: c.j.smith@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | |
| | | **FRANCIS TODD WILLIAMS** |
| | | US ATTORNEY - GAINESVILLE FL |
| | | NORTHERN DISTRICT OF FLORIDA |
| | | 300 E UNIVERSITY AVE |
| | | STE 300 |
| | | GAINESVILLE, FL 32601 |
| | | 352-378-0996 |
| | | Fax: 352-337-2653 |
| | | Email: frank.williams@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | |
| | | **TERRY J FLYNN** |

US ATTORNEY - TALLAHASSEE FL
NORTHERN DISTRICT OF FLORIDA
111 N ADAMS ST
4TH FL
TALLAHASSEE, FL 32301
850-942-8430
Fax: 850-942-8448
Email: Theresa.Flynn@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**BRETT MELTZER**
P O BOX 1162
WINDERMERE, FL 34786
407-953-6271
Email: brett.meltzer@aol.com
*TERMINATED: 08/12/2011*

**GARY KENNETH MILLIGAN , II**
US ATTORNEY - TALLAHASSEE FL
NORTHERN DISTRICT OF FLORIDA
111 N ADAMS ST
4TH FL
TALLAHASSEE, FL 32301
850/942-8430
Fax: 850/942-8424
Email: gary.milligan@usdoj.gov
*ATTORNEY TO BE NOTICED*

**ROBERT O DAVIS**
US ATTORNEY - TALLAHASSEE FL
NORTHERN DISTRICT OF FLORIDA
111 N ADAMS ST
4TH FL
TALLAHASSEE, FL 32301
850/942-8430
Fax: 942-8424
Email: rob.davis@usdoj.gov
*ATTORNEY TO BE NOTICED*

**WINIFRED L ACOSTA**
US ATTORNEY - TALLAHASSEE FL
NORTHERN DISTRICT OF FLORIDA
111 N ADAMS ST
4TH FL
TALLAHASSEE, FL 32301
850-942-8430
Fax: 850-942-8448
Email: winifred.nesmith@usdoj.gov
*ATTORNEY TO BE NOTICED*

*Designation: Retained*

**CHRISTOPHER P CANOVA**
US ATTORNEY - TALLAHASSEE FL
NORTHERN DISTRICT OF FLORIDA
111 N ADAMS ST
4TH FL
TALLAHASSEE, FL 32301
850/942-8430
Fax: 942-8424
Email: chris.canova@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2004 | | Set/Reset Deadlines/Hearings as to KENNETH BERNARD MILES, SANDY EUGENE JOHNSON, TIMOTHY WIMS, JASON GREENE, DENNIS BUTLER, CEDRIC ERON FERGUSON JR: Jury Trial set for 10/4/2004 12:30 PM in Courtroom 1 before SENIOR JUDGE MAURICE M PAUL. (bkp, Gainesville) (Entered: 09/03/2004) |
| 09/30/2004 | 304 | Minute Entry for proceedings held before Judge MAURICE M PAUL :Change of Plea Hearing as to KENNETH BERNARD MILES held on 9/30/2004 : Start: 3:05 p.m. Conclusion: 3:55 p.m. Present: Corey Smith, George Blow, Bev Steifvater (Court Reporter Christine Bordenave.) (bkp, Gainesville) (Entered: 09/30/2004) |
| 09/30/2004 | 305 | PLEA AGREEMENT as to KENNETH BERNARD MILES (bkp, Gainesville) (Entered: 09/30/2004) |
| 09/30/2004 | 306 | STATEMENT OF FACTS by USA, KENNETH BERNARD MILES as to KENNETH BERNARD MILES filed in support of 305 Plea Agreement (bkp, Gainesville) (Entered: 09/30/2004) |
| 09/30/2004 | | Plea Agreement Accepted as to KENNETH BERNARD MILES (bkp, Gainesville) (Entered: 09/30/2004) |
| 09/30/2004 | 307 | NOTICE OF HEARING as to KENNETH BERNARD MILES<br><br>Sentencing set for 1/20/2005 10:00 AM in Courtroom 1 before SENIOR JUDGE MAURICE M PAUL.<br><br>Note: If you or any party, witness or attorney in this matter has a disability that requires special accommodations, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.<br><br>*s/ Blair K. Patton*<br>Courtroom Deputy Clerk(bkp, Gainesville) (Entered: 09/30/2004) |

| | | |
|---|---|---|
| 12/22/2004 | 376 | PSR Letter as to KENNETH BERNARD MILES (bkp, Gainesville) (Entered: 12/22/2004) |
| 01/18/2005 | 394 | MOTION to Continue *Sentencing* by USA as to KENNETH BERNARD MILES. (SMITH, COREY) (Entered: 01/18/2005) |
| 01/18/2005 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Paul notified that action is needed Re: 394 MOTION to Continue *Sentencing* filed by USA, setencing set for 1/20/05 (bkp, Gainesville) (Entered: 01/18/2005) |
| 01/18/2005 | 395 | ORDER as to KENNETH BERNARD MILES granting 394 MOTION to Continue *Sentencing* filed by USA,, Set/Reset Deadlines/Hearings Sentencing reset for 2/25/2005 11:30 AM in Courtroom 1 before SENIOR JUDGE MAURICE M PAUL.. Signed by Judge MAURICE M PAUL on 1/18/05. (bkp, Gainesville) (Entered: 01/19/2005) |
| 02/08/2005 | 403 | MOTION to Continue *Sentencing* by USA as to KENNETH BERNARD MILES. (SMITH, COREY) (Entered: 02/08/2005) |
| 02/08/2005 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Paul notified that action is needed Re: 403 MOTION to Continue *Sentencing* filed by USA, -sentencing set for 2/25/05. Note the case number cited on document is incorrect. (bkp, Gainesville) (Entered: 02/08/2005) |
| 02/16/2005 | 419 | ORDER granting 403 MOTION to Continue *Sentencing* filed by USA,, Set/Reset Hearings Sentencing reset for 4/29/2005 10:00 AM before SENIOR JUDGE MAURICE M PAUL.. Signed by Judge MAURICE M PAUL on 2/16/05. (bkp, Gainesville) (Entered: 02/16/2005) |
| 03/14/2005 | 433 | AMENDED NOTICE OF HEARING as to KENNETH BERNARD MILES      Sentencing reset for 4/21/2005 02:30 PM before SENIOR JUDGE MAURICE M PAUL. Previous date: 4/29/05      Note: If you or any party, witness or attorney in this matter has a disability that requires special accommodations, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.      *s/ Blair K. Patton* Courtroom Deputy Clerk(bkp, Gainesville) (Entered: 03/14/2005) |
| 04/12/2005 | 448 | AMENDED NOTICE OF HEARING as to KENNETH BERNARD MILES      Sentencing reset for 5/17/2005 02:00 PM before SENIOR JUDGE MAURICE M PAUL. Previous date: 4/29/05      Note: If you or any party, witness or attorney in this matter has a disability that requires special accommodations, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp |

| | | |
|---|---|---|
| | | access, please contact the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.<br><br>*s/ Blair K. Patton*<br>Courtroom Deputy Clerk(bkp, Gainesville) (Entered: 04/12/2005) |
| 05/11/2005 | 479 | MOTION to Continue *Sentencing Hearing* by USA as to KENNETH BERNARD MILES. (SMITH, COREY) (Entered: 05/11/2005) |
| 05/12/2005 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Paul notified that action is needed Re: 479 MOTION to Continue *Sentencing Hearing, set for 5/17/05* filed by USA, (bkp, Gainesville) (Entered: 05/12/2005) |
| 06/07/2005 | 486 | ORDER as to KENNETH BERNARD MILES granting 479 MOTION to Continue *Sentencing Hearing* filed by USA,, Reset Hearings Sentencing set for 8/18/2005 03:00 PM before SENIOR JUDGE MAURICE M PAUL.. Signed by Judge MAURICE M PAUL on 6/7/05. (bkp, Gainesville) (Entered: 06/07/2005) |
| 08/12/2005 | 520 | MOTION to Continue *Sentencing Hearing* by USA as to KENNETH BERNARD MILES. (SMITH, COREY) (Entered: 08/12/2005) |
| 08/12/2005 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Paul notified that action is needed Re: 521 MOTION to Continue *Sentencing Hearing* filed by USA,, 520 MOTION to Continue *Sentencing Hearing* filed by USA, (llt, Gainesville) (Entered: 08/12/2005) |
| 08/19/2005 | 523 | ORDER as to KENNETH BERNARD MILES, DENNIS BUTLER granting motions [520] and {521} to continue sentencing, Reset Hearings Sentencing set for 9/23/2005 09:30 AM for Dennis Butler and 9/23/05 at 10:00 a.m. for Kenneth Mile before SENIOR JUDGE MAURICE M PAUL.. Signed by Judge MAURICE M PAUL on 8/19/05. (bkp, Gainesville) (Entered: 08/19/2005) |
| 08/19/2005 | | Reset Hearings as to KENNETH BERNARD MILES: Sentencing reset for 9/23/2005 10:00 AM before SENIOR JUDGE MAURICE M PAUL. (bkp, Gainesville) (Entered: 08/19/2005) |
| 08/24/2005 | 525 | AMENDED NOTICE OF HEARING as to KENNETH BERNARD MILES<br><br>    Sentencing reset for 10/20/2005 03:00 PM before SENIOR JUDGE MAURICE M PAUL. Previous date: 9/23/05<br><br>        Note: If you or any party, witness or attorney in this matter has a disability that requires special accommodations, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.<br><br>    *s/ Blair K. Patton*<br>    Courtroom Deputy Clerk(bkp, Gainesville) (Entered: 08/24/2005) |

| 09/16/2005 | 540 | AMENDED NOTICE OF HEARING as to KENNETH BERNARD MILES<br><br>Sentencing reset for 10/26/2005 02:00 PM before SENIOR JUDGE MAURICE M PAUL. Previous Date: 10/20/05<br><br>Note: If you or any party, witness or attorney in this matter has a disability that requires special accommodations, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.<br><br>_s/ Blair K. Patton_<br>Courtroom Deputy Clerk(bkp, Gainesville) (Entered: 09/16/2005) |
| 09/30/2005 | 546 | AMENDED NOTICE OF HEARING as to KENNETH BERNARD MILES<br><br>Sentencing reset for 12/2/2005 10:00 AM before SENIOR JUDGE MAURICE M PAUL. Previous date: 10/26/05<br><br>Note: If you or any party, witness or attorney in this matter has a disability that requires special accommodations, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.<br><br>_s/ Blair K. Patton_<br>Courtroom Deputy Clerk(bkp, Gainesville) (Entered: 09/30/2005) |
| 10/06/2005 | 550 | Clerical Entry ONLY - Entry made by clerk to effect unsealing documents - per Order to Unseal Indictment as to CLEVELAND FERGUSON, SR, CARL DAVIS, JR, STEPHEN DUNLAP, BENJAMIN HAYDEN, CEDRIC ERON FERGUSON, JR, DAVID LARRY JONES, KENNETH BERNARD MILES, SANDY EUGENE JOHNSON, TIMOTHY WIMS, JASON GREENE, DENNIS BUTLER. . Signed by Judge MAURICE M PAUL on 9/28/05.(bkp, Gainesville) (Entered: 10/06/2005) |
| 11/14/2005 | 575 | NOTICE _Release of Lis Pendens Re: Forfeiture_ by USA as to KENNETH BERNARD MILES (SMITH, COREY) (Entered: 11/14/2005) |
| 11/15/2005 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Paul notified that action is needed Re: 575 NOTICE _Release of Lis Pendens Re: Forfeiture_ by USA as to KENNETH BERNARD MILES (SMITH, COREY) filed by USA, (bkp, Gainesville) (Entered: 11/15/2005) |
| 11/18/2005 | 579 | MOTION to Continue _Sentencing Hearing and Revocation of Supervised Release Hearing_ by USA as to KENNETH BERNARD MILES. (SMITH, COREY) (Entered: 11/18/2005) |

| | | |
|---|---|---|
| 11/18/2005 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Paul notified that action is needed Re: 579 MOTION to Continue *Sentencing Hearing and Revocation of Supervised Release Hearing* filed by USA - sentencing and revocation hearing set for 12/2/05 (bkp, Gainesville) (Entered: 11/18/2005) |
| 11/23/2005 | | Reset Hearings as to KENNETH BERNARD MILES: Sentencing set for 2/16/2006 01:30 PM before SENIOR JUDGE MAURICE M PAUL. (bkp, Gainesville) (Entered: 11/23/2005) |
| 11/23/2005 | 580 | ORDER granting 579 Motion to Continue as to KENNETH BERNARD MILES (7); granting 577 Motion to Continue as to JASON GREENE (10); granting 578 Motion to Continue as to DENNIS BUTLER (11) resetting sentencing for 2/16/06 - see order for specific times. Signed by Judge MAURICE M PAUL on 11/23/05. (bkp, Gainesville) (Entered: 11/23/2005) |
| 02/10/2006 | 597 | MOTION for 5K1 Relief by USA as to KENNETH BERNARD MILES. (SMITH, COREY) (Entered: 02/10/2006) |
| 02/15/2006 | 601 | MOTION to Continue *Sentencing Hearing and Revocation of Supervised Release Hearing* by USA as to KENNETH BERNARD MILES. (SMITH, COREY) (Entered: 02/15/2006) |
| 02/15/2006 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Paul notified that action is needed Re: 601 MOTION to Continue *Sentencing Hearing and Revocation of Supervised Release Hearing* filed by USA - sentencing set for 2/16/06 (bkp, Gainesville) (Entered: 02/15/2006) |
| 02/15/2006 | 604 | Minute Entry for proceedings held before Judge MAURICE M PAUL :Motion Hearing as to KENNETH BERNARD MILES held on 2/15/2006 re 601 MOTION to Continue *Sentencing Hearing and Revocation of Supervised Release Hearing* filed by USA, written order to follow to include<br><br>    Sentencing reset for 3/31/2006 10:30 AM before SENIOR JUDGE MAURICE M PAUL. (Court Reporter None.) (bkp, Gainesville) (Entered: 02/15/2006) |
| 02/15/2006 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Paul notified that action is needed Re: 604 Minute Entry for proceedings held before Judge MAURICE M PAUL :Motion Hearing as to KENNETH BERNARD MILES held on 2/15/2006 re 601 MOTION to Continue Sentencing Hearing and Revocation of Supervised Release Hearing filed by USA, written order to follow (bkp, Gainesville) (Entered: 02/15/2006) |
| 02/16/2006 | 612 | ORDER as to KENNETH BERNARD MILES granting 601 MOTION to Continue *Sentencing Hearing and Revocation of Supervised Release Hearing* filed by USA,<br><br>    Sentencing reset for 3/31/2006 10:30 AM before SENIOR JUDGE MAURICE M PAUL.. Signed by Judge MAURICE M PAUL on 2/16/06. (bkp, Gainesville) (Entered: 02/21/2006) |
| 02/21/2006 | 613 | AMENDED NOTICE OF HEARING as to KENNETH BERNARD MILES<br><br>    Sentencing reset for 3/31/2006 10:30 AM before SENIOR JUDGE |

MAURICE M PAUL.

Note: If you or any party, witness or attorney in this matter has a disability that requires special accommodations, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's Office at least one week prior to the hearing (as or soon as possible) so arrangements can be made.

_s/ Blair K. Patton_
Courtroom Deputy Clerk(bkp, Gainesville) (Entered: 02/21/2006)

| | | |
|---|---|---|
| 03/28/2006 | 631 | MOTION for Forfeiture of Property by USA as to KENNETH BERNARD MILES. (SMITH, COREY) (Entered: 03/28/2006) |
| 03/28/2006 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Paul notified that action is needed Re: 631 MOTION for Forfeiture of Property filed by USA - sentencing set for 3/31/06 (bkp, Gainesville) (Entered: 03/28/2006) |
| 03/29/2006 | 632 | PRELIMINARY ORDER of FORFEITURE as to KENNETH BERNARD MILES granting 631 MOTION for Forfeiture of Property filed by USA, . Signed by Judge MAURICE M PAUL on 3/29/06. (bkp, Gainesville) Modified on 4/2/2006 (tss, Gainesville). (Entered: 03/29/2006) |
| 03/31/2006 | 633 | Minute Entry for proceedings held before Judge MAURICE M PAUL :Scheduling Conference as to KENNETH BERNARD MILES held on 3/31/2006 - Sentencing set for 3/31/06 continued to 4/12/06 at 1:00 p.m. (Court Reporter Christine Bordenave [USDC-Gainesville]) (tss, Gainesville) (Entered: 03/31/2006) |
| 03/31/2006 | 634 | NOTICE OF HEARING as to KENNETH BERNARD MILES<br><br>Sentencing **RESET** for 4/12/2006 at 01:00 PM before SENIOR JUDGE MAURICE M PAUL.<br><br>_Note: If you or any party, witness or attorney in this matter has a disability that requires special accommodations, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's Office at least one week prior to the hearing (as or as soon as possible) so arrangements can be made._<br><br>_s/ TiAnn Stark_<br>Courtroom Deputy Clerk(tss, Gainesville) (Entered: 03/31/2006) |
| 04/03/2006 | 635 | ORDER as to KENNETH BERNARD MILES pursuant to 633 Scheduling Conference - sentencing reset for 4/12/2006 at 01:00 PM before SENIOR JUDGE MAURICE M PAUL; signed by Judge MAURICE M PAUL on 4/3/06. (tss, Gainesville) (Entered: 04/04/2006) |
| 04/12/2006 | 636 | Minute Entry for proceedings held before Judge MAURICE M PAUL :Sentencing held on 4/12/2006 for KENNETH BERNARD MILES (7), Count(s) 1, 3, Dismissed; Count(s) 1s, Imprisonment: 135 months to run concurrent with count 3s; S/Rls: 10 years to run concurrent with count 3s; SMA: $100.00.; Count(s) 3s, Imprisonment: 135 months to run concurrent with count 1s; S/Rls: 5 years to run concurrent with |

| | | |
|---|---|---|
| | | count 1s; SMA: $100.00. No bond. (Court Reporter Christine Bordenave.) (bkp, Gainesville) (Entered: 04/12/2006) |
| 04/17/2006 | 637 | JUDGMENT as to KENNETH BERNARD MILES (7), Count(s) 1, 3, Dismissed; Count(s) 1s, Imprisonment: 135 months to run concurrent with count 3s; S/Rls: 10 years to run concurrent with count 3s; SMA: $100.00. No bond.; Count(s) 3s, Imprisonment: 135 months to run concurrent with count 1s; S/Rls: 5 years to run concurrent with count 1s; SMA: $100.00. No bond. . Signed by Judge MAURICE M PAUL on 4/17/06. (bkp, Gainesville) (Entered: 04/19/2006) |
| 04/19/2006 | 638 | STATEMENT OF REASONS (Sealed) as to KENNETH BERNARD MILES. Copies to be distributed to attorney for defendant, USAO, and USPO only . Signed by Judge MAURICE M PAUL on 4/19/06. (bkp, Gainesville) (Entered: 04/19/2006) |
| 05/12/2006 | 656 | Process Receipt and Return by USM as to KENNETH BERNARD MILES - re: forfeiture or property (bkp, Gainesville) (Entered: 05/12/2006) |
| 07/17/2006 | 680 | Service by Publication by USM as to KENNETH BERNARD MILES (bkp, Gainesville) (Entered: 07/19/2006) |
| 07/17/2006 | 681 | Process Receipt and Return by USM as to KENNETH BERNARD MILES - Preliminary Order of Forfeiture (bkp, Gainesville) (Entered: 07/19/2006) |
| 09/18/2006 | 689 | NOTICE of Lis Pendens by USA as to KENNETH BERNARD MILES (STINSON, ROBERT) (Entered: 09/18/2006) |
| 10/12/2006 | 692 | NOTICE *RELEASE OF LIS PENDENS* by USA as to KENNETH BERNARD MILES (STINSON, ROBERT) (Entered: 10/12/2006) |
| 02/13/2008 | 724 | ACKNOWLEDGMENT by USA as to KENNETH BERNARD MILES re 632 PRELIMINARY Order OF FORFEITURE. (Deposited $20, 000 in lieu of 1830 Hannah Place on 2/12/2008.) (kdm) (Entered: 02/15/2008) |
| 02/21/2008 | 725 | MOTION for Forfeiture of Property by USA as to KENNETH BERNARD MILES. (Attachments: # 1 Exhibit Waiver of Service and Consent to Forfeiture, # 2 Text of Proposed Order) (STINSON, ROBERT) (Entered: 02/21/2008) |
| 02/21/2008 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of SENIOR JUDGE MAURICE M PAUL notified that action is needed Re: 725 MOTION for Forfeiture of Property by USA as to KENNETH BERNARD MILES. (bkp) (Entered: 02/21/2008) |
| 02/27/2008 | 727 | FINAL ORDER FORFEITURE as to KENNETH BERNARD MILES re: 725 MOTION for Forfeiture of Property by USA as to KENNETH BERNARD MILES.. Signed by SENIOR JUDGE MAURICE M PAUL on 2/27/08. (bkp) (Entered: 02/28/2008) |
| 03/18/2008 | 732 | PROCESS RECEIPT AND RETURN by USM as to KENNETH BERNARD MILES (bkp) (Entered: 03/19/2008) |
| 04/23/2008 | 743 | PROCESS RECEIPT AND RETURN as to KENNETH BERNARD MILES (bkp) (Entered: 04/25/2008) |
| 11/01/2011 | | Judge update in case as to CLEVELAND TYRONE FERGUSON, JR, CARL DAVIS, JR, STEPHEN DUNLAP, CEDRIC ERON FERGUSON, JR, DAVID LARRY JONES, KENNETH BERNARD MILES, SANDY EUGENE JOHNSON, JASON GREENE, DENNIS BUTLER. MAGISTRATE JUDGE GARY R JONES |

| | | added. MAGISTRATE JUDGE ALLAN KORNBLUM no longer assigned to case. (bkp) (Entered: 11/08/2011) |
|---|---|---|
| 02/24/2015 | 951 | SUA SPONTE SEALED MOTION as to by KENNETH BERNARD MILES. (tss) (Entered: 02/24/2015) |
| 02/24/2015 | 952 | SEALED ORDER re: 951 Sealed Motion as to KENNETH BERNARD MILES (7); signed by SENIOR JUDGE MAURICE M PAUL on 2/24/15 (copy mailed to USA, US Probation and Defendant) (tss) (Entered: 02/24/2015) |
| 02/07/2017 | 963 | ORDER REASSIGNING CASE. Case reassigned to JUDGE MARK E WALKER for all further proceedings as to CLEVELAND TYRONE FERGUSON, JR, CARL DAVIS, JR, STEPHEN DUNLAP, BENJAMIN HAYDEN, CEDRIC ERON FERGUSON, JR, DAVID LARRY JONES, KENNETH BERNARD MILES, SANDY EUGENE JOHNSON, TIMOTHY WIMS, JASON GREENE, DENNIS BUTLER. SENIOR JUDGE MAURICE M PAUL no longer assigned to case. Signed by CHIEF JUDGE M CASEY RODGERS on 1/12/17. (bkp) (Entered: 02/07/2017) |
| 02/07/2017 | 964 | ORDER REASSIGNING CASE. Case reassigned to JUDGE MARK E WALKER for all further proceedings as to CLEVELAND TYRONE FERGUSON, JR, CARL DAVIS, JR, STEPHEN DUNLAP, BENJAMIN HAYDEN, CEDRIC ERON FERGUSON, JR, DAVID LARRY JONES, KENNETH BERNARD MILES, SANDY EUGENE JOHNSON, TIMOTHY WIMS, JASON GREENE, DENNIS BUTLER. SENIOR JUDGE MAURICE M PAUL no longer assigned to case. Signed by CHIEF JUDGE M CASEY RODGERS on 1/12/17. (bkp) (Entered: 02/07/2017) |
| 09/24/2019 | 992 | ORDER REASSIGNING CASE to JUDGE ALLEN C WINSOR for all further proceedings as to KENNETH BERNARD MILES signed by CHIEF JUDGE MARK E WALKER on 7/16/19. (tss) (Entered: 09/24/2019) |
| 10/08/2019 | 993 | REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF OFFENDER AND ORDER as to KENNETH BERNARD MILES signed by JUDGE ALLEN C WINSOR on 10/8/19. (tss) (Entered: 10/09/2019) |
| 12/03/2020 | 1010 | NOTICE OF ATTORNEY APPEARANCE GARY KENNETH MILLIGAN, II appearing for USA. (MILLIGAN, GARY) (Entered: 12/03/2020) |